Honorable Judge James Wesley Hendrix        July 8, 2024

I Leonela Estrada Reg # 84298-509 Kindly requesting to allow my 25 days that were disallowed during the in transfer period of 09-16-2023 - 10-11-2023 to be credited towards my FSA time credits. Borker vs. Warden Bowers Case No. 1:24-CV-10045-LTS recently May 2024 decided in favor of Borker by U.S. District Judge Leo T Sorokin

This Position amounts to an end run around the plain language of the FSA." The FSA requires that he be permitted to earn time credits when his Judgement of Sentence enters (as he is then already" in custody awaiting transport" to a designated facility. This contravens the Command of Congress, Something the BOP Cannot do. The order held that he should be awarded all of his FSA Credits from the time he was setenced, Something affecting thousands of Federal Prisoners and Representing millions of dollars in cost saving, something the FSA was supposed to do anyway.

Yufenyuy filied a lawsuit in New Hampshire stating that his Civil Rights were being violated and on march 3, 2023, United States magistrate Judge Andrea K Johnstone (District of new Hamphire) agreed and ordered that those FSA Earned Time Credits that occured while in transport should be awarded to Yufenyuy,

Soon after Yufenyuy was released.

Please Refer to attatched FSA Time Credit Assessment Sheet

Sincerely
Leonela Estrada #84298-509



Leonela Estrada #84298509
FS LDanbury
33 1/2 Pembroke Rd
Danbury, CT 06811

WESTCHESTER NY 105
9 JUL 2024 PM 1 L

RECEIVED
JUL 15 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Judge James Wesley Hendrix
U.S. District Court
Clerk of Court Room 209
1205 Texas Ave
Lubbock, TX
79401

79401-402759

FREEDOM FOREVER/USA