UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

LEONELA ESTRADA,

                Petitioner,

v.                                         No. 6:24-CV-00050-H

WARDEN, FCI DANBURY,

                Respondent.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed without prejudice for want of prosecution.

Dated September 16, 2024.

                                                            JAMES WESLEY HENDRIX
                                                            United States District Judge